# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0617
L.T. Case No. 2023-32465-CICI

_____

ALAN MILLER MCCARTY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Karen A. Foxman, Judge.

Alan McCarty, Graceville, pro se.

Ashley Moody, Attorney General, Tallahassee, and
Whitney Brown Hartless, Assistant Attorney General,
Daytona Beach, for Appellee.


August 20, 2024

PER CURIAM.

    AFFIRMED.

HARRIS, JAY, and MACIVER JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————